RICHARD K. GROSBOLL, State Bar No. 99729
CHLOE QUAIL, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       cquail@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST; IBEW/NECA FAMILY MEDICAL CARE PLAN; ELECTRICAL TRAINING TRUST OF SANTA BARBARA COUNTY; SAN LUIS OBISPO COUNTY JOINT ELECTRICAL APPRENTICESHIP AND TRAINING TRUST; SANTA BARBARA ELECTRICAL WORKERS LABOR MANAGEMENT COOPERATION COMMITTEE; SAN LUIS OBISPO JOINT LABOR-MANAGEMENT COOPERATION COMMITTEE, INC.; ADMINISTRATIVE MAINTENANCE FUND (NECA, CENTRAL COAST CHAPTER); NATIONAL ELECTRICAL BENEFIT FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOCAL UNION NO. 413 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; LOCAL UNION NO. 639 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and CHUCK HUDDLESTON as TRUSTEE of the CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST, <br><br>        Plaintiffs, <br><br>vs. <br><br>KELLY HENSON ELECTRIC, INC., a California corporation, <br><br>        Defendant. | Case No. 13-cv-03798-PSG <br><br>[PROPOSED] CONTINGENT ORDER OF DISMISSAL |

1 | ~~[PROPOSED]~~ ORDER:

2 | The parties hereto have agreed to a settlement of this action and thus IT IS HEREBY
3 | ORDERED that this action is dismissed without prejudice, provided, however, that if any party
4 | hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its
5 | counsel that the agreed consideration for the settlement has not been delivered over, the foregoing
6 | Order shall vacated by this Court and this action shall forthwith be restored to the calendar.
7 | Plaintiffs may then insert the appropriate amount owed and file the Stipulation for Entry of
8 | Judgment jointly executed between the parties. Judgment will then be entered forthwith.

10 | IT IS SO ORDERED.

12 | Dated: September 18, 2013          _____
                                         U.S. ~~District~~ Court Judge
13 |                                      Magistrate