RICHARD K. GROSBOLL, State Bar No. 99729
CHLOE QUAIL, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       cquail@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST; IBEW/NECA FAMILY MEDICAL CARE PLAN; ELECTRICAL TRAINING TRUST OF SANTA BARBARA COUNTY; SAN LUIS OBISPO COUNTY JOINT ELECTRICAL APPRENTICESHIP AND TRAINING TRUST; SANTA BARBARA ELECTRICAL WORKERS LABOR MANAGEMENT COOPERATION COMMITTEE; SAN LUIS OBISPO JOINT LABOR-MANAGEMENT COOPERATION COMMITTEE, INC.; ADMINISTRATIVE MAINTENANCE FUND (NECA, CENTRAL COAST CHAPTER); NATIONAL ELECTRICAL BENEFIT FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOCAL UNION NO. 413 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; LOCAL UNION NO. 639 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and CHUCK HUDDLESTON as TRUSTEE of the CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST, <br><br>         Plaintiffs, <br><br> vs. <br><br> KELLY HENSON ELECTRIC, INC., a California corporation, <br><br>         Defendant. | Case No.   13-cv-03798-PSG <br><br> [PROPOSED] CONTINGENT ORDER OF DISMISSAL |

-1-

[PROPOSED] ORDER:

The parties hereto have agreed to a settlement of this action and thus IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then insert the appropriate amount owed and file the Stipulation for Entry of Judgment jointly executed between the parties. Judgment will then be entered forthwith.

IT IS SO ORDERED.

Dated: September 18, 2013

*Paul S. Grewal*
U.S. District Court Judge
Magistrate